## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

MTISHA JACKSON                                                                                        PLAINTIFF

vs.                                                           CIVIL ACTION NO. 3:14-CV-787-HTW-LRA

PUBLISHING CLEARING HOUSE                                                              DEFENDANTS

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The plaintiff's motion to proceed *in forma pauperis* [docket no. 4] is denied and her complaint is dismissed without prejudice for failure to establish the subject matter jurisdiction of this federal court.

**SO ORDERED AND ADJUDGED, this the 28th day of November, 2014.**

                                                    s/ HENRY T. WINGATE
                                                  UNITED STATES DISTRICT JUDGE